UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | |
| BÁRBARA GUSINSKY, Individually and as Personal Representative of the Estate of FRANCO APARICIO GUSINSKY, deceased,<br>          Plaintiff,<br><br>                -v.-<br><br>AMERICAN AIRLINES INC.<br>1 Skyview Dr.<br>Fort Worth, TX 76155<br><br>PSA AIRLINES, INC.<br>1 Terminal Dr.<br>Middletown, PA 17057<br><br>UNITED STATES OF AMERICA,<br>Pamela Bondi, in her official capacity as U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, D.C. 20530-0001<br><br>          Defendants. | Lead Case No: 1:25-cv-03382-ACR<br><br>**SHORT FORM COMPLAINT** |

Plaintiff Bárbara Gusinsky, Individually and as Personal Representative of the Estate of Franco Aparicio-Gusinsky, deceased, respectfully allege as follows:

1.      Plaintiff refers and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN

1

WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein.  Plaintiff here adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopt each of the general allegations of the Master Complaint.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiffs incorporate by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒       Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒       Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒       Tenth Cause of Action for Survival Based Upon Negligence

## PLAINTIFF'S INFORMATION:

5.      Decedent, Franco Aparicio Gusinsky, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6.      Franco Aparicio Gusinsky resided in Virginia.

7.      Plaintiff Bárbara Gusinsky is a citizen and resident of Virginia and was the mother of Franco Aparicio-Gusinky, deceased, at the time of his death.

8.      Plaintiff Bárbara Gusinsky brings this lawsuit individually on her own behalf and as Personal Representative of the Estate of Franco Aparicio Gusinsky.

9.      On or about September 12, 2025, the Circuit Court of Fairfax County, Virginia issued an order appointing Bárbara Gusinsky as Personal Representative. Therefore, she has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of Franco Aparicio Gusinsky and brings this lawsuit in her representative capacity.

## PLAINTIFF'S ADMINISTRATIVE CLAIM

10.     On or about September 17, 2025, Plaintiff Bárbara Gusinsky, on behalf of herself and the Estate of Franco Aparicio Gusinsky, deceased, served her initial administrative claims upon the FAA.

11. On or about September 17, 2025, Plaintiff Bárbara Gusinsky, on behalf of herself and the Estate of Franco Aparicio Gusinsky, deceased, served her initial administrative claims upon the United States Army ("Army").

12. The USA:

- ☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

- ☒ the FAA denied Plaintiff's claims on October 29, 2025 on behalf of both the FAA and United States Army ("Army").

## PLAINTIFF'S DAMAGES

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

- ☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;
- ☒ the loss of the gross earning power of the DECEDENT;
- ☒ the loss of the full value of the life of the DECEDENT;
- ☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

4

☒ the loss of financial support and contribution of the DECEDENT;

☒ loss of services;

☒ loss of inheritance;

☒ loss of accumulations;

☒ full pecuniary loss of the DECEDENT;

☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

☒ loss of life's pleasures;

☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☐ Other (specify):

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims in this action.

DATED this 20th day of November 2025.

        REGAN ZAMBRI LONG PLLC

By:    **/s/ *Patrick M. Regan*    **
        Patrick M. Regan    #336107
        pregan@reganfirm.com
        Christopher J. Regan  #1018148
        cregan@reganfirm.com
        1919 M Street, NW, Suite 600
        Washington, DC  20036
        PH: (202) 463-3030
        Fx: (202) 463-0667
        *Counsel for Plaintiff*

        and

        WILLIAMS & CONNOLLY LLP

By:    **/s/ *Dane H. Butswinkas*    **
        Dane H. Butswinkas    #425056
        dbutswinkas@wc.com
        Paloma Cipolla Moguilevsky*
        (Admitted *pro hac vice*)
        pcipollamoguilevsky@wc.com
        680 Maine Avenue SW
        Washington, DC 20024
        PH: (202) 434-5110
        FX: (202) 434-5029
        *Counsel for Plaintiff*

        *Practice limited to matters before federal courts and arbitral tribunals, and before certain government agencies.